**Form RSC**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20494−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Nicole L. Poole
   fka Nicole C. Weid
   2473 Naomi Terrace
   Allison Park, PA 15101

Social Security No.:
   xxx−xx−7259

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−391−8000

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
June 1, 2020
01:00 PM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
June 1, 2020
01:00 PM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/25/20

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 20-20494-GLT
Nicole L. Poole                                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2              Date Rcvd: Mar 25, 2020
                              Form ID: rscCOVID       Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db            +Nicole L. Poole,   2473 Naomi Terrace,   Allison Park, PA 15101-3519
15201839       Bridgecrest credit Company, LLC,   PO Box 29018 Phoenix AZ 85038
15198299      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court:   Ford Motor Credit,   National Bankruptcy Service Center,
               Po Box 62180,   Colorado Springs, CO 80962)
15198298      +Ford Motor Credit,   Pob 542000,   Omaha, NE 68154-8000
15198300      +IC System, Inc,   Attn: Bankruptcy,   Po Box 64378,   Saint Paul, MN 55164-0378
15198301      +IC System, Inc.,   Po Box 64378,   Saint Paul, MN 55164-0378
15198302       KML Law Group,   BNY Mellon Independence Center,   701 Market Street - Suite 5000,
               New York, NY 10106
15198303      +Midland Funding,   Attn: Bankruptcy,   350 Camino De La Reine  Ste 100,
               San Diego, CA 92108-3007
15198304      +Midland Funding LLC,   320 East Big Beaver,   Troy, MI 48083-1271
15198305      +Nissan Motor Acceptance Corp/Infiniti,   Pob 660366,   Dallas, TX 75266-0366
15198306      +Nissan Motor Acceptance Corp/Infiniti,   Attn: Bankruptcy,   Po Box 660360,
               Dallas, TX 75266-0360
15198309      +PNC Bank N.A.,   3232 Newark Drive,   Miamisburg, OH 45342-5421
15221994      +PNC Bank, N.A.,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
15198308      +Penn Credit,   Attn: Bankruptcy,   Po Box 988,   Harrisburg, PA 17108-0988
15218217      +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
               Pittsburgh, PA 15233-1828
15198313       Verizon Wireless,   National Recovery Operations,   Minneapolis, MN 55426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:52:54      Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA 17128-0946
cr            +E-mail/Text: kburkley@bernsteinlaw.com Mar 26 2020 04:55:30      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:50:06
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15198295      +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Mar 26 2020 04:55:11      Bridgecrest,
               Po Box 29018,   Phoenix, AZ 85038-9018
15198296      +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Mar 26 2020 04:55:11      Bridgecrest,
               7300 East Hampton Avenue,   Suite 100,   Mesa, AZ 85209-3324
15198297      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 26 2020 04:48:03      CACH LLC,
               4340 South Monaco Street,   Denver, CO 80237-3485
15200670       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 26 2020 04:45:53      CACH, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15198310       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:47:48
               Portfolio Recovery,   Attn: Bankruptcy,   120 Corporate Blvd,   Norfold, VA 23502
15220266       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:47:41
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
15198311      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:45:40
               Portfolio Recovery LLC,   120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4952
15198837      +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:47:00      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15198314      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 26 2020 04:51:16
                Verizon Wireless,   Attn: Verizon Bankruptcy,   500 Technology Dr, Ste 500,
               Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC Mortgage, A Division of PNC Bank, National Ass
15198312       Theodore Weid
cr*           +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
15198307     ##+Penn Credit,   916 S 14th Street,   Harrisburg, PA 17104-3425
                                                                                   TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2            User: culy              Page 2 of 2           Date Rcvd: Mar 25, 2020
                                Form ID: rscCOVID       Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   PNC Mortgage, A Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Debtor Nicole L. Poole julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```