FILED
6/24/20 1:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Case No. 20-20494 GLT |
| Nicole L. Poole | ) Chapter 13 |
|    Debtor | ) |
| | ) Docket No. 25 |
| | ) |
| Nicole L. Poole | ) |
| ,   Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| CACH, LLC | ) |
| c/o Resurgent Capital Services | ) |
|    Respondent | ) |

## ORDER OF COURT

AND NOW, to wit, this __24 th_____ day of _June_____, 2020, it is hereby

ORDERED, ADJUDGED, and DECREED, that Respondent's proof of claim number 10 is

stricken due to the fact that the debt is uncollectable under 42 Pa. C.S. 5525(a).

Prepared by:   __Kenneth Steidl, Esq._____

**DEFAULT ENTRY**

Dated:   ____6/24/20_____

_____
Gregory  Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 20-20494-GLT
Nicole L. Poole　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: culy　　　Page 1 of 1　　　Date Rcvd: Jun 24, 2020
　　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2020.
db　　　　　+Nicole L. Poole,　 2473 Naomi Terrace,　 Allison Park, PA 15101-3519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
　　　　　　　　　E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2020 04:56:39
　　　　　　　　　CACH, LLC c/o Resurgent Capital Services,　 Attn: William Andrews, Claim Processor,
　　　　　　　　　PO Box 10587,　 Greenville, SC　 29603-0587
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2020 at the address(es) listed below:
　　　　　　James Warmbrodt　　on behalf of Creditor　　PNC Mortgage, A Division of PNC Bank, National Association bkgroup@kmllawgroup.com
　　　　　　Jeffrey R. Hunt　　on behalf of Creditor　　Township of Hampton jhunt@grblaw.com, cnoroski@grblaw.com
　　　　　　Kenneth Steidl　　on behalf of Debtor Nicole L. Poole julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
　　　　　　Keri P. Ebeck　　on behalf of Creditor　　Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
　　　　　　Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov
　　　　　　Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com
　　　　　　S. James Wallace　　on behalf of Creditor　　Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7