IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )<br>)<br>) Case No. 20-20494 GLT |
| Nicole L. Poole<br>    Debtor | ) Chapter 13<br>)<br>) Related to Docket No. 31 |
| Nicole L. Poole<br>    Movant | )<br>)<br>)<br>) |
| vs. | )<br>) |
| CACH, LLC<br>c/o Resurgent Capital Services<br>    Respondent | )<br>)<br>) |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on June 29, 2020, a true and correct copy of the *Order of Court dated June 24, 2020* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**Served by CM/ECF filing**

Nicole L. Poole
2473 Naomi Terrace
Allison Park, PA 15101

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

CACH, LLC c/o Resurgent Capital Services
Attn: William Andrews Claims Processor
PO Box 10587
Greenville, SC 29603-0587

Date of Service: June 29, 2020

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965