**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/12/20 11:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
Nicole L. Poole fka Nicole C. Weid
                Debtor

PNC Bank, National Association

                Movant
   vs.

Nicole L. Poole fka Nicole C. Weid
Theodore A. Weid, Jr.
Ronda J. Winnecour, Trustee

                Respondents

Case NO. 20-20494-GLT

Chapter 13

Related Dkt. No. 34 and 38

## ORDER

Upon consideration of the Motion filed by PNC Bank, National Association, it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for August 26, 2020 at 10:00 a.m. is hereby continued to September 30, 2020 at 10:00 a.m. Parties shall participate in the hearing via CourtCall in compliance with Judge Taddonio's procedures which can be found on the Court's website.

By the Court,

Dated: 8/12/20

cm: Debtor

GREGORY J. TADDONIO, J.
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Nicole L. Poole
    Debtor

Case No. 20-20494-GLT
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 1 | Date Rcvd: Aug 12, 2020 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2020.
db       +Nicole L. Poole,   2473 Naomi Terrace,   Allison Park, PA 15101-3519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2020 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor   PNC Mortgage, A Division of PNC Bank, National Association bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor   Township of Hampton jhunt@grblaw.com, cnoroski@grblaw.com
        Kenneth Steidl    on behalf of Debtor Nicole L. Poole julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
        Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                    TOTAL: 7