Case 20-20494-GLT    Doc 45    Filed 09/30/20    Entered 09/30/20 17:01:06    Desc Main
Document    Page 1 of 1

FILED
9/30/20 4:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 20-20494-GLT |
| | : | Chapter: 13 |
| Nicole L. Poole | : | |
| | : | |
| | : | Date: 9/30/2020 |
| *Debtor(s).* | : | Time: 10:00 |

## PROCEEDING MEMO

*MATTER:*  # 34 Con't Motion for Relief from Stay In Re: 2473 Naomi Terrace, Allison Park, PA 15101.
in addition to Motion for Relief from Co-Debtor Stay Re: Theodore A. Weid, Jr.
# 37 - Response filed by the Debtor

*APPEARANCES*:
   Debtor:    Lauren Lamb
   Trustee:    Ronda J. Winnecour

*NOTES:*  (10:10)

Lamb: I'm not aware of specific conversations between PNC and my office. But the debtor is current and a plan payment will provide a cure for the postpetition plan payment that was missed.

Court: She's eligible for social security? Does he have ACH withdrawals in place?

Lamb: Yes, she started receiving it in August. And I can check on that.

Court: I will deny the motion. PNC admits there is at least $20,000 in equity and Debtor is making payments under a confirmed plan that includes the PNC claim as controlling. PNC is adequately protected.

*OUTCOME:*

1. PNC Bank's *Motion for Relief from Stay In Re: 2473 Naomi Terrace, Allison Park, PA 15101 in addition to Motion for Relief from Co-Debtor Stay Re: Theodore A. Weid, Jr.* [Dkt. No. 34] is DENIED [Text Order to Issue]

2. Debtor to arrange for payments to the chapter 13 trustee via the TFS program within 14 days. [Text Order to issue].

*DATED:*  9/30/2020