IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-20494-GLT |
| | : |
| Nicole L. Poole | : Chapter 13 |
| Debtor | : Related to Docket No. 50, 51, 53 |
| | : |
| | : |
| Nicole L. Poole | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| PNC Bank N.A. | : |
| Respondent | : |
| | : |

## AMENDED CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 7, 2021 a true and correct copy of the *Notice of Zoom Hearing with Response date, along* with a copy of the *Motion to Allow Debtor to Submit Late Request for Loss Mitigation* was caused to be served by U.S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

Nicole L. Poole
2473 Naomi Terrace
Allison Park, PA 15101

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Date of Service: July 7, 2021

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965