IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-20494-GLT |
| | : | |
| Nicole L. Poole | : | Chapter 13 |
| Debtor | : | Hearing Date and Time |
| | : | August 18, 2021 at 1:00pm |
| | : | |
| Nicole L. Poole | : | Related to Docket Nos. 50, 51 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| PNC Bank N.A. | : | |
| Respondent | : | |
| | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO ALLOW DEBTOR TO SUBMIT LATE REQUEST FOR LOSS MITIGATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading regarding the Motion to Allow Debtor to Submit Late Request for Loss Mitigation filed on June 29, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading for the Motion to Allow Debtor to Submit Late Request for Loss Mitigation appears thereon. Pursuant to the Notice of Hearing, objections for the Motion to Allow Debtor to Submit Late Request for Loss Mitigation were to be filed and served no later than July 16, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Allow Debtor to Submit Late Request for Loss Mitigation be entered by the Court.

Respectfully submitted,

July 19, 2021
Date

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965