**Form 213**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Nicole L. Poole**
**fka Nicole C. Weid**
   Debtor(s)

Bankruptcy Case No.: 20−20494−GLT
Related to Docket No. 63
Chapter: 13
Docket No.: 64 − 63
Concil. Conf.: December 16, 2021 at 01:00 PM

### ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 18, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

   1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

   2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 2, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **December 16, 2021** at **01:00 PM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 12, 2021

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

### INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                          Case No. 20-20494-GLT

Nicole L. Poole                                                                                                          Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                        User: jhel                                                        Page 1 of 3

Date Rcvd: Oct 12, 2021                              Form ID: 213                                              Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole L. Poole, 2473 Naomi Terrace, Allison Park, PA 15101-3519 |
| cr | + | Township of Hampton, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15201839 | | Bridgecrest credit Company, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15198299 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 15198298 | + | Ford Motor Credit, Pob 542000, Omaha, NE 68154-8000 |
| 15198300 | + | IC System, Inc, Attn: Bankruptcy, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15198301 | + | IC System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 15198302 | | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 15198305 | + | Nissan Motor Acceptance Corp/Infiniti, Pob 660366, Dallas, TX 75266-0366 |
| 15198306 | + | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 15198308 | + | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 15218217 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15229246 | + | Township of Hampton, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15225231 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15198313 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2021 03:14:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15198295 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Oct 13 2021 03:06:00 | Bridgecrest, Po Box 29018, Phoenix, AZ 85038-9018 |
| 15198296 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Oct 13 2021 03:06:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 15198297 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 03:14:28 | CACH LLC, 4340 South Monaco Street, Denver, CO 80237-3485 |
| 15200670 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 12:02:21 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15231559 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 13 2021 03:06:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15198303 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2021 03:06:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15198304 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2021 03:06:00 | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |

District/off: 0315-2 | User: jhel | Page 2 of 3
Date Rcvd: Oct 12, 2021 | Form ID: 213 | Total Noticed: 31

| 15224380 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Oct 13 2021 03:06:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15198309 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Oct 13 2021 03:05:00 | PNC Bank N.A., 3232 Newark Drive, Miamisburg, OH 45342 |
| 15221994 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Oct 13 2021 03:05:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15198310 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 13 2021 03:14:23 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15220266 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 13 2021 12:02:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15198311 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 13 2021 03:14:24 | Portfolio Recovery LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15198837 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 13 2021 03:14:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15198314 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Oct 13 2021 03:05:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PNC Bank N.A. |
| cr | | PNC Mortgage, A Division of PNC Bank, National Ass |
| 15198312 | | Theodore Weid |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15198307 | ##+ | Penn Credit, 916 S 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | |
| | on behalf of Creditor PNC Mortgage  A Division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | |

on behalf of Creditor PNC Bank N.A. bnicholas@kmllawgroup.com

Jeffrey R. Hunt

on behalf of Creditor Township of Hampton jhunt@grblaw.com

Kenneth Steidl

on behalf of Debtor Nicole L. Poole julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@st
eidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich

on behalf of Creditor PNC Bank N.A. mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 9