Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Nicole L. Poole** | : | Case No. 20−20494−GLT |
| **fka Nicole C. Weid** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related Dkt. NO. 68 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 17th of November, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

(5) This case is dismissed without prejudice for failure to comply with the Text Order dated 11/8/2021

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                     Case No. 20-20494-GLT
Nicole L. Poole                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: hthu | Page 1 of 3
Date Rcvd: Nov 18, 2021 | Form ID: 309 | Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole L. Poole, 2473 Naomi Terrace, Allison Park, PA 15101-3519 |
| cr | + | Township of Hampton, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15201839 | | Bridgecrest credit Company, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15198302 | | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 15198305 | + | Nissan Motor Acceptance Corp/Infiniti, Pob 660366, Dallas, TX 75266-0366 |
| 15198306 | + | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 15198308 | + | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 15218217 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15229246 | + | Township of Hampton, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15225231 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15198313 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Nov 19 2021 04:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15198295 | + | EDI: DVTM.COM | Nov 19 2021 04:13:00 | Bridgecrest, Po Box 29018, Phoenix, AZ 85038-9018 |
| 15198296 | + | EDI: DVTM.COM | Nov 19 2021 04:13:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 15198297 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2021 23:17:16 | CACH LLC, 4340 South Monaco Street, Denver, CO 80237-3485 |
| 15200670 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2021 23:17:16 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15231559 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 18 2021 23:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15198299 | | EDI: FORD.COM | Nov 19 2021 04:13:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 15198298 | + | EDI: FORD.COM | Nov 19 2021 04:13:00 | Ford Motor Credit, Pob 542000, Omaha, NE 68154-8000 |
| 15198300 | + | EDI: IIC9.COM | Nov 19 2021 04:13:00 | IC System, Inc, Attn: Bankruptcy, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15198301 | + | EDI: IIC9.COM | Nov 19 2021 04:13:00 | IC System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15198303 | + | EDI: MID8.COM | Nov 19 2021 04:13:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15198304 | + | EDI: MID8.COM | Nov 19 2021 04:13:00 | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15224380 | + | EDI: MID8.COM | Nov 19 2021 04:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15198309 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 18 2021 23:11:00 | PNC Bank N.A., 3232 Newark Drive, Miamisburg, OH 45342 |
| 15221994 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 18 2021 23:11:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15198310 | | EDI: PRA.COM | Nov 19 2021 04:13:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15220266 | | EDI: PRA.COM | Nov 19 2021 04:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15198311 | + | EDI: PRA.COM | Nov 19 2021 04:13:00 | Portfolio Recovery LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15198837 | + | EDI: RMSC.COM | Nov 19 2021 04:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15198314 | + | EDI: VERIZONCOMB.COM | Nov 19 2021 04:13:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank N.A. |
| cr | | PNC Mortgage, A Division of PNC Bank, National Ass |
| 15198312 | | Theodore Weid |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15198307 | ##+ | Penn Credit, 916 S 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0315-2 | User: hthu | Page 3 of 3 |
| Date Rcvd: Nov 18, 2021 | Form ID: 309 | Total Noticed: 31 |

**below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank N.A. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Hampton jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Nicole L. Poole julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC Bank N.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 9