FILED
12/7/21 5:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-20494 GLT |
| Nicole L. Poole, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Docket 57 |
| Nicole L. Poole | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| PNC Bank, N.A., | : | |
| Respondent | : | |

# MODIFIED
# ORDER OF COURT

A *Loss Mitigation Order* dated July 21, 2021, was entered in the above matter at Document No. 57. On November 18, 2021, a ***Motion to Extend the Loss Mitigation Period*** was filed by Debtor at Document No. 71.

***AND NOW***, this 7th day of December, 2021, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Motion to Extend the Loss Mitigation Period [Dkt. No. 71] is DENIED. The case was dismissed on November 17, 2021. The Clerk shall mark this case closed at the appropriate time.

Dated: 12/7/210

_____
Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge

hct

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Nicole L. Poole  
    Debtor

Case No. 20-20494-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 2  
Date Rcvd: Dec 07, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicole L. Poole, 2473 Naomi Terrace, Allison Park, PA 15101-3519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas  
    on behalf of Creditor PNC Mortgage  A Division of PNC Bank, National Association bnicholas@kmllawgroup.com

Brian Nicholas  
    on behalf of Creditor PNC Bank N.A. bnicholas@kmllawgroup.com

Jeffrey R. Hunt  
    on behalf of Creditor Township of Hampton jhunt@grblaw.com

Kenneth Steidl  
    on behalf of Debtor Nicole L. Poole julie.steidl@steidl-steinberg.com  
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Keri P. Ebeck  
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 2 of 2 |
| Date Rcvd: Dec 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Maria Miksich
    on behalf of Creditor PNC Bank N.A. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9