**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> NICOLE L. POOLE <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:20-20494 GLT <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/11/2020 and confirmed on 06/04/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 18,066.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 18,066.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,074.17 | |
|   Trustee Fee | 1,154.27 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,228.44 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 11,868.08 | 0.00 | 11,868.08 |
|     Acct: 4036 | | | | |
|   PNC BANK NA | 0.00 | 1,635.43 | 0.00 | 1,635.43 |
|     Acct: 4036 | | | | |
|   PNC BANK NA | 18,245.06 | 334.05 | 0.00 | 334.05 |
|     Acct: 4036 | | | | |
|   HAMPTON TOWNSHIP (STRM WTR) | 115.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S131 | | | | |
| | | | | 13,837.56 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOLE L. POOLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,100.00 | 3,074.17 | 0.00 | 0.00 |
|     Acct: | | | | |

\*\*\*NONE\*\*\*

| 20-20494 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| BRIDGECREST CREDIT COMPANY LLC<br>Acct: 6201 | 14,994.65 | 0.00 | 0.00 | 0.00 |
| CACH LLC<br>Acct: 4006 | 0.00 | 0.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY LLC(*)<br>Acct: 8388 | 0.00 | 0.00 | 0.00 | 0.00 |
| IC SYSTEM INC++<br>Acct: 3571 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 8963 | 707.29 | 0.00 | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP<br>Acct: 3096 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN CREDIT CORPORATION++<br>Acct: 0719 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 5796 | 698.35 | 0.00 | 0.00 | 0.00 |
| VERIZON WIRELESS<br>Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| CACH LLC<br>Acct: 1519 | 176.49 | 0.00 | 0.00 | 0.00 |
| CACH LLC<br>Acct: 3312 | 391.04 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 0500 | 278.99 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES<br>Acct: 7259 | 1,140.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*<br>Acct: 9364 | 543.31 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 5180 | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RUSSELL POOLE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING OR VAC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN BURKLEY PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GRB LAW<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***NONE***

TOTAL PAID TO CREDITORS                                                                                               13,837.56

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 18,360.06 |
| UNSECURED | 18.930.12 |

Date: 12/16/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com